■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER GIGLEVITCH, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Orange County (Ingrassia, J.), imposed December 3, 1981. Sentence affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Gibbons, O'Connor and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLIE C. GILLIAM, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the County Court, Nassau County (Delin, J.), imposed May 14, 1982. Sentence affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Gibbons, J. P., Thompson and Bracken, JJ., concur.

O'Connor, J., votes to affirm the sentence on constraint of *People v Suitte* (90 AD2d 80).

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HERBERT JAMES, Appellant. — Appeal by defendant from a judgment of the County Court, Suffolk County (Mark, J.), rendered January 13, 1982, convicting him of criminal possession of stolen property in the second degree, upon a plea of guilty, and imposing sentence. Judgment affirmed. We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious grounds which could be raised on this appeal. Counsel's application for leave to withdraw as counsel is granted (see *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf. *People v Gonzalez,* 47 NY2d 606). Mangano, J. P., Weinstein, Brown and Niehoff, JJ., concur.